## CERTIFICATE OF SERVICE BY MAIL

I am over the age of 18 and not a party to the referenced action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **August 15, 2017** I served NOTICE OF REMOVAL OF CIVIL ACTION on each person or entity named below by enclosing a copy in an envelope with postage fully prepaid, and placing said envelope in the United States mail at Los Angeles, California. The envelope was addressed as follows:

Daniel Adam Borsotti
10153 Riverside Drive, Ste. 501
Toluca Lake, CA 91602

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: **August 15, 2017**, at Los Angeles, California.

DATED: August 15, 2017

*Louisa L*
LOUISA LIN