1. Daniel Adam Borsotti
2. 10153 Riverside Drive
   Suite 501
   Toluca Lake, California
3. 661 312 3268
   in propria persona

AT THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Daniel Adam Borsotti, | Case No.: 2:17-cv-06052 DSF |
| Claimant, | WRIT OF ERROR |
| vs. | QUAE CORAM NOBIS RESIDANT |
| | in re ORDER |
| Fernando Manzano Olguin, | [DOC. NO. 8 filed 08-29-2017]; |
| Heidi Jane Olguin, | in re: State Case # PC057858 |
| Olguin Trust, | |
| Defendants. | JUDGE: Dale S. Fischer |
| | DEPT: 7D |

WRIT OF ERROR QUAE CORAM NOBIS RESIDANT

1. COMES NOW THE ABOVE ENTITLED COURT OF RECORD ON ITS OWN MOTION, TO REVIEW THE FACTS, RECORD AND PROCESS RESULTING IN THE ORDER [DOC. NO. 8 FILED 08-29-2017];

I.
SYLLABUS

2. On July 10, 2017, Claimant filed an ACTION in which he established the court [1] as a court of record. [2]

---

[1] 28 USC 132 CREATION AND COMPOSITION OF district courts. (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

[2] A court of record is, "A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689" Black's Law Dictionary, 4th Ed., 425, 426.

3. On July 29, 2017 the clerk filed the *ORDER* [Doc. No. 8] (Attachment 1) signed by Judge Dale S. Fischer, the magistrate [3] of the court.

4. A basic requirement of a court of record is that the tribunal must be independent of the magistrate. [4] It should be noted that the magistrate is not the court, and vice versa. That distinction is noted throughout the codes. For example, see 28 USC 2241 and 28 USC 2243. [5]

5. Because the above-entitled court is a court of record in which the tribunal must be independent of the magistrate, when the magistrate issued the Order [Doc. No. 8] (Attachment 1) she usurped the power of the tribunal. [6] The ministerial magistrate may not exercise any discretion, which is reserved to the tribunal.

II.
IMPEACHMENT AND WRIT

6. THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH THE ORDER [Doc. No. 8] WAS ISSUED, and finding that the magistrate wrote and filed said order without leave of court; and finding that the orderly decorum of the court was replaced by defective impromptu process and usurpation of legislative and court powers without leave of court,

7. And, finding that the clerk of the court improperly accepted for filing an order from the magistrate without leave of court,

---

[3] "MAGISTRATE. A person holding official power in a government; as: a The official of highest rank in a government (chief, or first, magistrate). b An official of a class having summary, often criminal, jurisdiction." Webster's New Practical Dictionary, 386 (1953), G. & C. Merriam Co., Springfield, Mass.
  "MAGISTRATE, an official entrusted with administration of the laws", Merriam-Webster On-Line Dictionary
  "MAGISTRATE, Person clothed with power as a public civil officer. State ex rel. Miller v. McLeod, 142 Fla. 254, 194 So. 628, 630." Black's Law Dictionary, 4th Ed., 1103

[4] "A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689" Black's Law Dictionary, 4th Ed., 425, 426

[5] Examples of the codes distinguishing between a court and a judge:
28 USC 2241 "(a) Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions..."
28 USC 2243 "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order..."

[6] A court of record is, "A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689]" Black's Law Dictionary, 4th Ed., 425, 426.

8.  And, desiring that fair justice be served for all parties, Defendants as well as Claimant,

9.  NOW THEREFORE, THE COURT issues this WRIT OF ERROR QUAE CORAM NOBIS RESIDANT, to wit:

10. The *Order* [Doc. No. 8] [Attachment 1] shall be and is rescinded, i.e. nunc pro tunc.

### III.
### ORDER TO SHOW CAUSE

11. Further, the magistrate, Claimant, and defendant are each ordered to file and serve on all other interested parties and magistrate a brief no later than October 16, 2017 to show cause, if any there be, to this court why this order should not take effect or should be modified. Unless requested, there will be no oral argument. The court, mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments presented.

### IV.
### JUDICIAL COGNIZANCE

12. This court takes judicial cognizance of and decrees the following as the law of the case:

13. JUDICIAL COGNIZANCE. Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.]

14. Constitution for the United States of America

15. Constitution for the United States of America Amendment IV

16. Constitution for the United States of America Amendment XIV

17. 18 USC 241

18. 18 USC 242

19. 42 USC 1982

20. 42 USC 1983

21. 42 USC 1985(3)

22. The sovereignty of the state resides in the people thereof... [California Government Code, Section 100(a)]

23. The people of this state do not yield their sovereignty to

the agencies which serve them.  [California Government Code, Sections 11120 and 54950.]

24.  Laws, whether organic or ordinary, are either written or unwritten.  [California Code of Civil Procedure, Section 1895.]

25.  A written law is that which is promulgated in writing, and of which a record is in existence.  [California Code of Civil Procedure, Section 1896]

26.  The organic law is the Constitution of Government, and is altogether written.  Other written laws are denominated statutes.  The written law of this State is therefore contained in its Constitution and statutes, and in the Constitution and statutes of the United States.  [California Code of Civil Procedure, Section 1897]

27.  Any judicial record may be impeached by evidence of a want of jurisdiction in the Court or judicial officer, of collusion between the parties, or of fraud in the party offering the record, in respect to the proceedings.  [California Code of Civil Procedure, Section 1916]

28.  ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves.....  [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

29.  The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047]

30.  The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative.  [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

31.  A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186)  His judges are the mirror by which the king's image is reflected.  1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

32.  ....This declaration of rights may not be construed to impair or deny others retained by the people.  [California Constitution, Article 1, Declaration Of Rights Sec. 24.]

33.  The state cannot diminish rights of the people.  [Hertado v. California, 100 US 516.]

34. The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.]

35. Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

36. There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

37. Whereas, the people of California have presented a constitution....and which, on due examination, is found to be republican in its form of government.... [Act [of Congress] for the Admission of California Into the Union, Volume 9, Statutes at Large, Page 452.]

38. Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

39. The State of California is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. [California Constitution, Article 3, Sec. 1.]

40. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

41. COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

42. COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

43.  28 USC 132 CREATION AND COMPOSITION OF district courts (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

44.  COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

    A.  A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

    B.  Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

    C.  Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony.  [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

    D.  Has power to fine or imprison for contempt.  [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

    E.  Generally possesses a seal.  [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

45.  The following persons are magistrates:  ...The judges of the superior courts....  [California Penal Code, Sec. 808.]

46.  ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law....

[Confirmatio Cartarum, November 5, 1297" "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation.]

47.  Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court.  Magna Carta, Article 34.

48.  CCP 1209.  (a) The following acts or omissions in respect to a court of justice, or proceedings therein, are contempts of the authority of the court:
. . .
   3. Misbehavior in office, or other willful neglect or violation of duty by an attorney, counsel, clerk, sheriff, coroner, or other person [e.g. a judge or magistrate], appointed or elected to perform a judicial or ministerial service;
   4. Abuse of the process or proceedings of the court, or falsely pretending to act under authority of an order or process of the court;
   5. Disobedience of any lawful judgment, order, or process of the court;
. . .
   8. Any other unlawful interference with the process or proceedings of a court;
. . .
   11. Disobedience by an inferior tribunal, magistrate, or officer, of the lawful judgment, order, or process of a superior court, or proceeding in an action or special proceeding contrary to law, after such action or special proceeding is removed from the jurisdiction of such inferior tribunal, magistrate, or officer.

49.  CCP 1211.  (a) When a contempt is committed in the immediate view and presence of the court, or of the judge at chambers, it may be punished summarily; for which an order must be made, reciting the facts as occurring in such immediate view and presence, adjudging that the person proceeded against is thereby guilty of a contempt, and that he be punished as therein prescribed.
   When the contempt is not committed in the immediate view and presence of the court, or of the judge at chambers, an affidavit shall be presented to the court or judge of the facts constituting the contempt, or a statement of the facts by the referees or arbitrators, or other judicial officers. ...

50.  IT IS SO ORDERED.

WITNESS:  the SEAL of the COURT this 2nd day of October, 2017

THE COURT

By _Daniel Borsotti_ (SEAL)
Daniel: Borsotti
Attornatus Privatus

Page 7 of 7
WRIT OF ERROR QUAE CORAM NOBIS RESIDANT

```
1  SANDRA R. BROWN
   Acting United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBYN-MARIE LYON MONTELEONE
4  Assistant United States Attorney
   Chief, General Civil Section
5  TIMOTHY D. BICHE (Cal. Bar No. 293363)
   Assistant United States Attorney
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-7354
8       Facsimile: (213) 894-7819
        E-mail:    timothy.biche@usdoj.gov
9
10 Attorneys for Amicus Curiae
   United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL ADAM BORSOTTI, | No. 2:17-cv-06052-DSF |
| Plaintiff, | Hon. Dale S. Fischer, Dept. 7D |
| v. | |
| FERNANDO MANZANO OLGUIN, HEIDI JANE OLGUIN, OLGUIN TRUST, | |
| Defendants. | |

1. ORDER:

    (1) PERMITTING THE UNITED STATES OF AMERICA TO APPEAR AS *AMICUS CURIAE*; AND

    (2) STAYING THE TIME TO RESPOND TO THE COMPLAINT

**ATTACHMENT 1, PAGE 1 OF 2**

After considering real party-defendant in interest United States of America's *ex parte* application for an order: (1) permitting the United States to appear as *amicus curiae* and (2) staying the time for any response to the operative Complaint; the Memorandum of Points and Authorities in support thereof; Plaintiff's opposition; and the files and records in this case, and for good cause shown:

IT IS HEREBY ORDERED that the United States is granted leave to appear as *amicus curiae* in this action. The United States shall file the *amicus* brief described in its *ex parte* application and all supporting papers on or before September 18, 2017 Plaintiff shall file any response to the *amicus* brief on or before October 2, 2017. The United States shall file any reply to Plaintiff's response on or before October 10, 2017. After the filing of these briefs, the Court will determine whether a hearing will be scheduled or if the matters raised can be resolved without a hearing pursuant to Local Rule 7.15.

IT IS FURTHER ORDERED that the time for any response to the operative Complaint is stayed until the disposition of the matters raised by the aforementioned *amicus* brief of the United States.

Dated: 8/29/17

---

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

**ATTACHMENT 1, PAGE 2 OF 2**

2