UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

| Case No. | CV 17-6052 DSF | Date | 10/18/17 |
|---|---|---|---|

| Title | Daniel Adam Borsotti v. Fernando Manzano Olguin |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**       (In Chambers) Order Striking Plaintiff's Filing of an Order Remanding Case to State Court

On October 17, 2017, Plaintiff Daniel Adam Borsotti filed a document entitled, "Order Remanding Case to State Court" (docket no. 16). The Order should not have been filed at Civil Intake but instead marked "Received, But Not Filed" and should have had attached to it a Notice of Discrepancy. Plaintiff is not a judge and therefore may not file an order affecting the status of the case. Parties may lodge a proposed order with a motion or request. The document is stricken.

IT IS SO ORDERED.