UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 17-6052 DSF | Date | 10/26/17 |
| Title | Daniel Adam Borsotti v. Fernando Manzano Olguin, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order DISMISSING Case

    All of the allegations in the complaint concern Judge Fernando Olguin's actions in his official judicial capacity and within his jurisdiction. These actions are protected from suit by judicial immunity. <u>Stump v. Sparkman</u>, 435 U.S. 349, 356-57 (1978). The case is DISMISSED.

    IT IS SO ORDERED.