JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ADAM BORSOTTI <br> Plaintiff, <br> v. <br> FERNANDO MANZANO OLGUIN <br> Defendant. | Case No.: CV 17-6052 DSF <br><br> JUDGMENT |

The Court having ordered that the case be dismissed,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 10/26/17

                                                Dale S. Fischer
                                       United States District Judge